Garrick S. Lew SBN 61889
Design Center East
600 Townsend Street, Suite 329E
San Francisco, California 94103
Telephone: (415) 575-3588
Facsimile: (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant CARMAN CHAN

Matthew Siroka SBN 233050
LAW OFFICES OF MATTHEW A. SIROKA
600 Townsend Street Suite 329E
San Francisco, California 94103
Telephone: (415) 522-1105
Facsimile: (415) 522-1506

Attorney for Defendant PAUL LEUNG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07-0428 MMC |
| Plaintiff, | |
| vs. | [~~Proposed~~] ORDER |
| CARMAN CHAN, PAUL LEUNG, | |
| Defendants. | |

The court having considered defendant's unopposed Motion for Modification of Probation, and, GOOD CAUSE appearing,

[X] it is HEREBY ORDERED that defendants' motion for modification is granted and that defendants be allowed unsupervised unlimited domestic and international travel.

Date: September 28, 2011

_____
Honorable Hon. Maxine M. Chesney
United Stated District Court Judge